IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK ANTHONY LITTLE, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-CV-1043 |
| | : | |
| DANIELLE OUTLAW, *et al.*, | : | |

## ORDER

AND NOW, this 19th day of July, 2022, upon consideration of Plaintiff Mark Anthony Little's Motion to Proceed *In Forma Pauperis* (ECF No. 4), Motion for Appointment of Attorney, and *pro se* Fourth Amended Complaint (ECF No. 9), which is the operative pleading in this matter, it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. This case is **DEEMED** filed.

3. The federal claims included in the Fourth Amended Complaint are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The state law claims included in the Fourth Amended Complaint are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. No leave to amend will be granted.

4. The Motion for Appointment of Attorney is **DENIED**.

5. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**